In the Matter of PAUL HOLLY, Deceased. JAN HOLLY; PAUL CARLSSON.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.